09-0643-pr
Jolley v. Corr. Managed Health Care

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to summary orders filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the twenty-seventh day of April, two thousand and ten.

PRESENT:

ROGER J. MINER,
JOSÉ A. CABRANES,
RICHARD C. WESLEY,
            *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CARLTON JOLLEY,

            *Plaintiff-Appellant,*

            -v.-                                                          No. 09-0643-pr

CORRECTIONAL MANAGED HEALTH CARE, EDWARD PESANTI,
MARK BUCHANAN, EDWARD BLANCHETTE, LESLIE CUTLER,
LISA JASER, CLYDE MACDOUGAL, ALBERT N. TORO, CRAIG
MCDONALD, TIMOTHY SILVIS, MONICA FARINELLA, RICARDO
RUIZ, C. GRAHAM, TERESA LANTZ, IRENE MARION,
ROBERT FRANKS, ROBERT DEVEOU, RICHARD FUREY,
HEIDI DOE, MARGO GRIFFIN, GEORGE P. HAAS, SAYEED
NAQUI, GLORIA RODRIGUEZ, JEFF SPRAQUE,

            *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF-APPELLANT:**                    CARLTON JOLLEY, *pro se*, Suffield,
                                                CT.

**FOR DEFENDANTS-APPELLEES:** NEIL PARILLE, Assistant Attorney General, Hartford, CT.

Appeal from a January 30, 2009 judgment of the United States District Court for the District of Connecticut (Robert N. Chatigny, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be **AFFIRMED**.

Plaintiff-appellant Carlton Jolley ("plaintiff" or "Jolley"), *pro se*, an inmate in the custody of the Connecticut Department of Correction at MacDougall-Walker Correctional Institution, appeals from the District Court's entry of summary judgment in favor of defendants-appellees Correctional Managed Health Care ("CMHC"), Edward Pesanti, Mark Buchanan, Edward Blanchette, Leslie Cutler, Lisa Jaser, Clyde MacDougal, Albert N. Toro, Craig McDonald, Timothy Silvis, Monica Farinella, Ricardo Ruiz, C. Graham, Teresa Lantz, Irene Marion, Robert Franks, Robert Deveou, Richard Furey, Heidi Doe, Margo Griffin, George P. Haas, Sayeed Naqui, Gloria Rodriguez, and Jeff Sprague (jointly, "defendants"), in his action brought pursuant to 42 U.S.C. § 1983. Plaintiff alleged that defendants were deliberately indifferent to his medical and dental needs in violation of the Eighth Amendment.

On appeal, plaintiff contends that the District Court erred in granting summary judgment in favor of defendants, and particularly that: (1) regarding his dental claims, the District Court (a) improperly found that the Utilization Review Committee defendants were entitled to qualified immunity for the delay in plaintiff's periodontal care, and (b) failed to consider his other related arguments; (2) regarding his nutritional and diet claims, (a) the District Court incorrectly found that Jolley failed to present sufficient evidence to support his claims, and (b) Jolley should not be required to purchase extra fiber; (3) the District Court erroneously concluded that there was no dispute of fact pertaining to plaintiff's Ibuprofen-related ailments; (4) the District Court improperly considered the affirmative defense of collateral estoppel, where the defendants pleaded only *res judicata*; and (6) the District Court failed to consider that Jolley's alleged constitutional violations were a direct result of an official policy of the CMHC. We assume the parties' familiarity with the remaining facts, procedural history, and issues on appeal.

We review *de novo* the District Court's decision to grant summary judgment and, in the course of that review, we resolve ambiguities and draw all permissible factual inferences in favor of the nonmoving party. *See, e.g.*, *Holcomb v. Iona Coll.*, 521 F.3d 130, 137 (2d Cir. 2008); *Nationwide Life Ins. Co. v. Bankers Leasing Ass'n*, 182 F.3d 157, 160 (2d Cir. 1999). We will affirm the grant of summary judgment by the District Court if the record indicates that "there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." *Pilgrim v. Luther*, 571 F.3d 201, 204 (2d Cir. 2009) (internal quotation marks omitted).

An independent review of the record, case law, and arguments on appeal in the instant case reveals that the District Court properly granted summary judgment in favor of defendants. Substantially for the reasons stated in its thorough and well-reasoned opinion of January 30, 2009, *Jolley v. Corr. Managed Health Care*, No. 3:04-CV-1582, 2009 WL 233667 (D. Conn. Jan. 30, 2009), we affirm the judgment of the District Court.

## CONCLUSION

We have considered each of defendant's arguments on appeal and find them to be without merit. For the reasons stated above, we AFFIRM the judgment of the District Court.

FOR THE COURT,

Catherine O'Hagan Wolfe, Clerk of Court